# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2007

Clifford W. Taylor,
Chief Justice

133292(46)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

In Re CREDIT ACCEPTANCE CORPORATION

_____/

CREDIT ACCEPTANCE CORPORATION,
      Plaintiff-Appellee,

v

46TH DISTRICT COURT,
      Defendant-Appellant.

SC: 133292
COA: 262404
Oakland CC: 2005-063349-AS

_____/

On order of the Court, the motion for reconsideration of this Court's April 24, 2007 order is considered, and it is GRANTED. We VACATE our order dated April 24, 2007. On reconsideration, the application for leave to appeal the January 16, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 28 days of the date of this order, but they should not submit mere restatements of their application papers.

The Michigan Creditors Bar Association, the Michigan Financial Institutions Bureau, the National Federation of Independent Business, and the Michigan Chamber of Commerce are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2007

Clerk

d1023